**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Alberto Gonzales, US Atty. General
Dept. of Justice
10th & Constitution Ave., NW
Washington, DC 20530

Civil Action, File Number __07-476RCL__

__Abdul Hakeem Muhammad__
V.
__Federal Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, under your signature your relationship to that entity. If ___ must indicate under your signature your authority.

___ days, you (or the party on whose behalf you ___plaint in any other manner permitted by law.

___ behalf you are being served) must answer the ___ by default will be taken against you for the

___ of Summons and Complaint By Mail was

(MS Official)

COMPLAINT
complaint in the above captioned manner at

07-476   2RT   4-23-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Alberto Gonzales U.S. A.G.
Dept. of Justice
10th + Const. Ave, NW
Wash., DC.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 3 0 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0004 4136 7932

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**RECEIVED**
Signature
MAY 4 – 2007

Relationship to NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Service of Process

Date of Signature

Copy 4 – USMS District Suspense

Form USM-299
(Rev. 6/95)