UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL -HAKEEM MUHAMMAD | ) | |
| Fed. Reg. # 09177-007 | ) | |
| R.C.I. P.O Box 630 | ) | |
| Winton, NC 27986 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-0476 (RCL) |
| | ) | Electronic Case Filing |
| v. | ) | |
| | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| HARLEY LAPPIN | ) | |
| SCOTT P. STERMER | ) | |
| THOMAS R. CHRISTENSEN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the United States Department of Justice, Federal Bureau of Prisons as the Defendants in the above-captioned civil action.

Respectfully submitted,

_____/ s /_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  31st   day of May , 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

>ABDUL -HAKEEM MUHAMMAD
>Reg # 09177-007
>P.O. Box 630
>Winton, NC 27986

>_____/ s /_____
>QUAN K. LUONG
>Special Assistant United States Attorney
>United States Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W. - Room E4417
>Washington, D.C. 20530