UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————————)
ABDUL-HAKEEM MUHAMMD,            )
                                 )
        Plaintiff,               )
                                 )   Civil Action NO.
    v.                           )   07-0476 (RCL)
                                 )
                                 )
FEDERAL BUREAU OF PRISONS, et al.,)
                                 )
        Defendant.               )
————————————————————————)

MOTION TO VOLUNTARILY DISMISS 42 U.S.C. § 1983
WITHOUT PREJUDICE.

COMES NOW, the plaintiff **pro se** hereby aver under 28 U.S.C. § 1746, and respectfully moves this Honorable Court for entry granting the above-described Relief sought. Your plaintiff shows the Court as follows:

At instant, this Court should construe plaintiff's pleadings liberally. See Haines v. Kerner, 404 U.S. 519, 520 (1972) (allegations of **pro se** motioner, "however inartfully pleaded," are subject to "less stringent standards than formal pleadings drafted by lawyers.").

Mr. Muhammad posits that this motion is made in good faith pursuant to Fed. R. Civ. P. Rule 41(a) and 41(a)(1)(i). The Supreme Court interpreted Rule 41(a) saying: "[T]he Primary meaning of 'dismissal without prejudice' is dismissal without barring defendant from returning later, to same court, with same underlying claim." See Semtek Intern. Inc. v. Lockheed Martin Corp., 531 U.S. 497, 505 (2001); see also Graves v. Principi, 294 F.3d 1350, 1356 (Fed. Cir. 2002) ("[A] dismissal without

-1-

**RECEIVED**

JUN 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

prejudice is a dismissal that occurs without an adjudication on the merits, the dismissal of a action without prejudice leaves the parties as though the action had never been brought.").

In sum, plaintiff ask the Court to dismiss his civil action 42 U.S.C. § 1983 without prejudice. Moreover, Rule 41(a)(1)(i) "[p]ermits a plaintiff to dismiss a civil action 'without order of the court' if the adverse party has not yet filed an answer or a motion for summary judgment." See Swift v. U.S., 318 F.3d 250, 252 (D.C. Cir. 2003). A dismissal pursuant to Rule 41(a)(1)(i) is not subject to judicial review. See Randall v. Merrill Lynch, 820 F.2d 1317, 1320 (D.C. Cir. 1987).

## CONCLUSION

For the foregoing reasons, and in the interest of justice, this motin for dismissal without prejudice Pursuant to Fed. R. Civ. P. Rule 41(a) and 41(a)(1)(i) should be granted. See Randal supra at 1320.

Dated This: June 4, 2007                    Respectfully submitted,

                                            Abdul-Hakeem Muhammad
                                            Abdul-Hakeem Muhammad
                                            Pro se.

## CERTIFICATE OF SERVICE

I hereby certify pursuant to 28 U.S.C. § 1746 that copies of the forgoing was mailed under <u>pro se</u> mail-box Rule this June <u>4</u>, 2007, to the party/entities listed below.

Dated This: June <u>4</u>, 2007.        Respectfully submitted,

*Abdul-Hakeem Muhammad*
Abdul-Hakeem Muhammad
Fed. Reg. # 09177-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986-0630

MAILED VIA FIRST-CLASS PRE-PAID POSTAGE TO:

cc: Clerk's Office
    United States District Court
    For the District of Columbia
    333 Constitution Avenue, N.W.
    Washington, DC 20001

    Quan K. Luong
    Special Assistant United States Attorney
    United States Attorney's Office
    Judiciary Center Center Building
    555 4th Street, N.W.
    Washington, DC 20001