UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ABDUL-HAKEEM MUHAMMAD,              )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    Civil Action No. 07-476 (RCC)
                                    )
FEDERAL BUREAU OF PRISONS, *et al.*,)
                                    )
    Defendants.                     )
_____)

## ORDER

It is hereby

ORDERED that plaintiff's "Motion to Voluntarily Dismiss 42 U.S.C. § 1983 Without Prejudice" [Dkt. #12] is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(*i*).

SO ORDERED.

                                                                                                       /s/
                                                    ROYCE C. LAMBERTH
                                                    United States District Judge

Date: June 8, 2007